1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER D. LABUGA, JR.,**<br><br>        **Plaintiff**,<br><br>    **v.**<br><br>**DARLING INTERNATIONAL, INC.; UCFW 8 GOLDEN STATE; and; DOES 1-100,**<br><br>        **Defendants**. | **CIV-F-07-1807 AWI GSA**<br><br>**ORDER VACATING HEARING DATE OF MARCH 3, 2008 AND TAKING MATTER UNDER SUBMISSION** |

Defendants have made a motion to dismiss. Doc. 8.  Plaintiff filed a timely opposition. Doc. 10.  Defendants have filed a reply. Doc. 11.  The hearing for this motion was set for 1:30 PM, Monday, March 3, 2008.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 3, 2008  is VACATED, and no party shall appear at that time.  As of March 3, 2008, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   February 28, 2008**          _____/s/ Anthony W. Ishii_____
                                      UNITED STATES DISTRICT JUDGE

1