JUSTIN THOMAS ALLEN, State Bar Number 238195
**LAW OFFICES OF JUSTIN THOMAS ALLEN, ESQ.**
**2925 NIAGRA STREET, SUITE 10**
**PO BOX 739**
Turlock, California 95381
Telephone: (209) 656-6705
Fax: (209) 656-6757
Justinthomasallenesquire@yahoo.com
www.JTAFIRM.com
Attorney for Plaintiff
ALEXANDER LABUGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| ALEXANDER LABUGA<br><br>Plaintiff,<br><br>vs.<br><br>DARLING INTERNATIONAL, UFCW GOLDEN 8 and     DOES 1-100,<br>Defendants. | Case No.  1:07-CV-01807-AWI-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF FOURTH CAUSE OF ACTION FOR VIOLATION OF BUSINESS AND PROFESSIONS CODE 17200 ET SEQ.** |

The Plaintiff through his counsel Justin Thomas Allen, and the Defendants through their counsel Donald Carroll, on behalf of UFCW Golden 8 and Michael Woods, on behalf of Darling International, Inc. Stipulate and Agree to Dismissal of the Fourth Claim for Relief in the Operative complaint in the matter above and that each party shall bear their own attorney fees and costs associated with that Claim only.

1
 STIPULATION AND [PROPOSED ORDER] FOR DISMISSAL OF FOURTH CAUSE OF ACTION FOR VIOLATION OF BUSINESS AND PROFESSIONS CODE 17200 ET SEQ.

It is so Stipulated:

Dated: 7-14-2009

 /s/ Donald Carroll_____
Donald Carroll, Esq.
Attorney for UFCW Golden 8

Dated: 7-14-2009
 /s/ Michael Woods_____
Michael Woods, Esq.
Attorney for Darling International, Inc.

Dated: 7-15-2009

 /s/ Justin Thomas Allen_____
Justin Thomas Allen, Esq.
Attorney for Alexander Labuga, Jr.

      Good cause appearing, it is hereby ordered that the Fourth Claim for Relief for a violation of California Business and Professions Code section 17200 shall be dismissed based on the stipulation entered into by the parties and filed with this Court on July 15, 2009.

      **IT IS SO ORDERED.**

**Dated: July 16, 2009.**              _____**/s/ Gary S. Austin**_____
                                           **United States Magistrate Judge**

**STIPULATION AND [PROPOSED ORDER] FOR DISMISSAL OF FOURTH CAUSE OF ACTION FOR VIOLATION OF BUSINESS AND PROFESSIONS CODE 17200 ET SEQ.**