Michael G. Woods, # 058683-0
Deborah A. Byron, # 105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
DARLING INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ALEXANDER D. LABUGA, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>DARLING INTERNATIONAL, INC.; UCFW 8 GOLDEN STATE; and DOES 1-100,<br><br>Defendants. | Case No.  1:07-cv-01807-GSA<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND ORDER THEREON** |

It is stipulated herein by the parties, through their respective counsel, that due to calendar conflicts with the presently scheduled trial date of January 12, 2010, the parties respectfully request and stipulate to a continuance of trial until June 21, 2010 with the final Pre-trial Conference hearing to be set by the Court.  The settlement conference will remain scheduled on October 30, 2009 at 10:30 a.m. unless the Court prefers to move it to a different date.

Dated: September 4, 2009          McCORMICK, BARSTOW, SHEPPARD,
                                  WAYTE & CARRUTH LLP


                                  By:    /s/ Michael G. Woods
                                         Michael G. Woods
                                         Deborah A. Byron
                                         Attorneys for Defendant
                                         DARLING INTERNATIONAL, INC.

Dated: September 4, 2009          LAW OFFICES OF CARROLL &
                                  SCULLY, INC.

                                         /s/ Donald C. Carroll
                                  By: _____
                                         Donald C Carroll
                                         Attorneys for
                                         UFCW GOLDEN STATE

Dated: September 4, 2009          LAW OFFICES OF JUSTIN THOMAS
                                  ALLEN, ESQ.

                                         /s/ Justin Thomas Allen
                                  By: _____
                                         Justin Thomas Allen
                                         Attorneys for Plaintiff,
                                         ALEXANDER LABUGA

## **ORDER**

Based upon the stipulation of the parties and good cause appearing therefor, the Court orders as follows:

1. The trial in this matter is continued to **June 21, 2010, at 9:00 a.m., in Courtroom 10.**

2. The settlement conference is continued to **December 3, 2009, at 10:00 a.m. in Courtroom 7** before the Honorable Sandra M. Snyder, Magistrate Judge. The parties are to note Judge Snyder's requirements as follows: (1) the case must be ready for meaningful settlement discussions, (2) counsel must have sufficiently met and conferred prior to attending the settlement conference, (3) Plaintiff's counsel must have provided Defendants' counsel with a demand, and (4) Defendants' counsel must have settlement

authority, not just nuisance value.  Finally, Confidential Settlement Conference Statements are due one (1) week prior to the settlement conference date.

    3.    The Pretrial Conference is continued to **April 22, 2010, at 9:00 a.m., in Courtroom 10.**

Dated: September 8, 2009          /s/ Gary S. Austin
                                            GARY S. AUSTIN
                                            United States Magistrate Judge

17330/00006-1442850.v1